Thomas Quinn (WY:#5-2630)
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160
Email: tquinn@grsm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN**, **ANNA GOZUN**; **AMANDA NASH**; and **JOHN DOE** on behalf of themselves and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC,** a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE,** a Wyoming corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; ANGELA C. WOODWARD; JERRY D. WOODWARD; DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD; KYLE WOODWARD; THOMAS GEORGE; JUDITH D. JEFFERIS; DALLY-UP, LLC,** a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.,** a Delaware corporation; **DIOCESE OF CHEYENNE,** a Wyoming corporation; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY,** a Texas corporation; and **NEW MOUNT CARMEL FOUNDATION, INC.,** a Wyoming corporation,<br><br>Defendants. | Civil Doc. No. 20-CV-215-SWS<br><br>**MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT BY DEFENDANTS TRINITY TEEN SOLUTIONS, ANGELA WOODWARD, JERRY WOODWARD, KARA WOODWARD, AND DALLY-UP, LLC** |

1

Defendants Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kyle Woodward, Kara Woodward, and Dally-Up, LLC (TTS, the Woodwards, and Dally-Up, LLC), through undersigned counsel and pursuant to FED. R. CIV. P. 12(b)(6), move to dismiss Plaintiffs' Class Action Complaint. In support of this motion TTS, the Woodwards, and Dally-Up, LLC submit their Brief in Support of their Motion to Dismiss Class Action Complaint, incorporated here by reference. TTS, the Woodwards, and Dally-Up, LLC move for dismissal based on the following grounds:

1. Plaintiffs fail to state knowing violations of the Trafficking Victims Protection Act (TVPA) (Counts 1-3).

2. Plaintiffs fail to state a cognizable labor or services theory pursuant to the TVPA (Counts 1-3).

3. Plaintiffs fail to state the required element of compulsion under the TVPA (Counts 1-3).

4. Plaintiffs fail to state the required element of venture liability under the TVPA (Counts 1-3).

5. Plaintiffs fail to state the required predicate violations pursuant to the Racketeer Influenced and Corrupt Organizations Act (RICO) (Count 4).

6. Plaintiffs cannot establish RICO standing (Count 4).

7. Plaintiffs' RICO claim is untimely (Count 4).

8. Plaintiffs fail to state the remaining substantive RICO elements of (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity. (Count 4).

9. Plaintiffs fail to establish a duty or plausible allegations against Defendant Dally-Up, LLC. (Count 5).

10. Plaintiffs fail to state claims of breach and proximate causation against Defendants TTS and Dally-Up, LLC. (Count 5).

**WHEREFORE** Defendants TTS, the Woodwards, and Dally-Up, LLC respectfully request that this Court dismiss the Class Action Complaint.

Respectfully submitted this 19th day of January, 2021.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Thomas B. Quinn*

555 Seventeenth Street, Suite 3400
Denver, CO  80202
Telephone: (303) 534-5160
Email:  tquinn@grsm.com

*Attorneys for Defendants Trinity Teen Solutions, Angela Woodward, Jerry Woodward, Kyle Woodward, Kara Woodward, and Dally-Up, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of January, 2021, a true and correct image of the foregoing was e-filed via CM/ECF and served to all attorneys of record according to CM/ECF.

*/s/ Fran Aragon Eaves*
For Gordon Rees Scully Mansukhani, LLP

4