Monty L. Barnett, #6-2694
Rachel E. Ryckman, #7-4656
Keith R. Olivera *(Pro Hac Vice)*
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO  80202-5406
(303) 296-2828
mbarnett@wsteele.com
rryckman@wsteele.com
kolivera@wsteele.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

**CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH**, and **JOHN DOE** on behalf of themselves and all similarly situated persons,

PLAINTIFFS,

v.

**TRINITY TEEN SOLUTIONS, INC.,** a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE**, a Wyoming corporation; **GERALD E. SCHNEIDER**; **MICHAELEEN P. SCHNEIDER**; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; KARA WOODWARD**; **KYLE WOODWARD**; **THOMAS GEORGE; JUDITH D. JEFFERIS**; **DALLY-UP, LLC**, a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.**, a Delaware corporation; **DIOCESE OF CHEYENNE**, a Wyoming corporation; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation; and **NEW MOUNT CARMEL FOUNDATION, INC.**, a Wyoming corporation,

DEFENDANTS.

Civil Case No. 20-CV-00215-SWS

___

**DEFENDANTS TRIANGLE CROSS RANCH, LLC, GERALD E. SCHNEIDER, MICHAELEEN P. SCHNEIDER, MATTHEW SCHNEIDER, MARK SCHNEIDER, AND THOMAS GEORGE'S MOTION TO DISMISS**
___

Defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider, and Thomas George ("TCR Defendants"), through their attorneys White and Steele, P.C., hereby move under Fed. R. Civ. P. 12(b)(6) to dismiss all claims with prejudice against the TCR Defendants for failure to state a claim upon which relief may be granted. The TCR Defendants have submitted a written brief in support of this Motion, incorporated here by reference. TCR Defendants move for dismissal based on the following grounds:

1. Plaintiffs' RICO claim is untimely (Count 4);

2. Plaintiffs cannot establish RICO standing (Count 4);

3. Plaintiffs fail to state the remaining substantive RICO elements of (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity (Count 4);

4. Plaintiffs fail to state the required predicate violations pursuant to the Racketeer Influenced and Corrupt Organizations Act (RICO) (Count 4);

5. Plaintiffs fail to state a cognizable labor or services theory pursuant to the Trafficking Victims Protection Act (TVPA) (Counts 1-3);

6. Plaintiffs fail to state the required element of compulsion under the TVPA (Counts 1-3); and,

7. Plaintiffs fail to state knowing violations of the TVPA (Counts 1-3).

WHEREFORE Defendants respectfully ask the Court to dismiss the plaintiffs' claims against the TCR Defendants, with prejudice.

Respectfully submitted this 22nd day of January, 2021.

                                    WHITE & STEELE, P.C.

                                    */s/ Rachel E. Ryckman*
Monty L. Barnett, #6-2694
Rachel E. Ryckman, #7-4656
Keith R. Olivera (*Pro Hac Vice*)
White and Steele, P.C.
Dominion Towers, North Tower
600 Seventeenth Street, Suite 600Na
Denver, CO  80202

ATTORNEYS FOR DEFENDANTS
TRIANGLE CROSS RANCH, LLC
GERALD E. SCHNEIDER;
MICHAELEEN P. SCHNEIDER
MATTHEW SCHNEIDER;
MARK SCHNEIDER and
THOMAS GEORGE

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed on January 22, 2021, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Michael Rosenthal | mike@hkwyolaw.com |
| Nathan Nicholas | nnicholas@hkwyolaw.com |
| Brice M. Timmons | brice@donatilaw.com |
| Bryce Ashby | bryce@donatilaw.com |
| Craig Edgington | craig@donatilaw.com |
| Frank L. Watson, III | fwatson@watsonburns.com |
| Rick L. Koehmstedt | rick@schwartzbon.com |
| Patricia K. Buchanan | pkb@pattersonbuchanan.com |
| Thomas Quinn | tquinn@gordonrees.com |
| Lillian Alves | lalves@grsm.com |
| Loyd E. Smith | lsmith@hickeyevans.com |
| Paul J. Hickey | phickey@hickeyevans.com |
| Traci Lacock | tlacock@hirstapplegate.com |
| Makena Stoakes | mstoakes@smllawoffice.com |
| Patrick Sodoro | psodoro@smllawoffice.com |
| Timothy Stubson | tstubson@crowleyfleck.com |
| Jane France | jfrance@spkm.org |

                                                    */s/ Rachel E. Ryckman*
                                                    For White and Steele