IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **CARLIE SHERMAN, ANNA GOZUN, AMANDA NASH**, and **JOHN DOE** on behalf of themselves and all similarly situated persons, | ) ) ) ) |
| PLAINTIFFS, | ) ) **Case No. 20-CV-215-S** |
| v. | ) ) |
| **TRINITY TEEN SOLUTIONS, INC.**, a Wyoming corporation; **TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **MONKS OF THE MOST BLESSED VIRGIN MARY OF MOUNT CARMEL, d/b/a MYSTIC MONK COFFEE**, a Wyoming corporation; **GERALD E. SCHNEIDER**; **MICHAELEEN P. SCHNEIDER**; **ANGELA C. WOODWARD**; **JERRY D. WOODWARD**; **DANIEL SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER**; **KARA WOODWARD**; **KYLE WOODWARD**; **THOMAS GEORGE;JUDITH D. JEFFERIS**; **DALLY-UP, LLC**, a Wyoming limited liability corporation; **ROCK CREEK RANCH, INC.**, a Delaware corporation; **DIOCESE OF CHEYENNE**, a Wyoming corporation; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation; and **NEW MOUNT CARMEL FOUNDATION, INC.**, a Wyoming corporation, | ) ) ) ) ) ) **DEFENDANT SOCIETY OF OUR** ) **LADY OF THE MOST HOLY** ) **TRINITY'S SECOND MOTION TO** ) **DISMISS** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) |

COMES NOW Defendant Society of Our Lady of the Most Holy Trinity, and hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs' Amended Complaint with prejudice as it pertains to Society of Our Lady of the Most Holy Trinity for failure to state a claim upon which relief may be granted. In support of this Motion, Society of Our Lady of the Most Holy Trinity hereby incorporates its Brief in Support of its Second Motion to Dismiss pursuant to Local Rule 7.1(b)(2)(a).

Dated this 26th day of March, 2021.

SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, Defendant,

By: __/s/MaKenna J. Stoakes__
Patrick J. Sodoro, *appearing pro hac vice*
MaKenna J. Stoakes, *appearing pro hac vice*
Sodoro + Mooney + Lenaghan
13924 Gold Circle
Omaha, Nebraska 68144
(402) 504-9346 (office)
(402) 932-1662 (fax)
psodoro@smllawoffice.com
mstoakes@smllawoffice.com
*Attorney for Defendant Society of Our Lady of the Most Holy Trinity*

By: __/s/ Jane M. France__
Jane M. France WSB #7-4828
Sundahl, Powers, Kapp & Martin, LLC
1725 Carey Avenue
P.O. Box 328
Cheyenne, WY 82001
(307) 632-6421 (office)
(307) 432-6107 (direct)
(307) 632-7216 (fax)
jfrance@spkm.org
*Attorney for Defendant Society of Our Lady of the Most Holy Trinity*

**Certificate of Service**

I hereby certify that on 26th day of March, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Wyoming using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

__/s/Alexandra Plymale__