Monty L. Barnett, # 6-2694
Rachel E. Ryckman, # 7-4656
Keith R. Olivera (*Pro Hac Vice*)
John C. Matthews (*Pro Hac Vice*)
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO  80202-5406
Telephone: (303) 296-2828
mbarnett@wsteele.com
rryckman@wsteele.com
kolivera@wsteele.com
jmatthews@wsteele.com

ATTORNEYS FOR DEFENDANTS
TRIANGLE CROSS RANCH, LLC
GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER
MATHEW SCHNEIDER; MARK SCHNEIDER and THOMAS GEORGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **ANDREW SCAVUZZO and H.I. as Parent and Next Friend of T.I., on behalf of themselves and all similarly situated persons,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRIANGLE CROSS RANCH, LLC,** a Wyoming Limited liability corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; MATTHEW SCHNEIDER; MARK SCHNEIDER; THOMAS GEORGE;** and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY,** a Texas corporation.,<br><br>Defendants. | Case No. 1:20-CV-215-SWS |

_____

### THE TCR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
_____

Triangle Cross Ranch, LLC ("TCR, LLC"), Gerald Schneider, Michaeleen Schneider, Matthew Schneider, Mark Schneider, and Thomas George (collectively, the "TCR Defendants"),

through their attorneys White and Steele, P.C., hereby move under Fed. R. Civ. P. 12(b)(6) to dismiss certain claims with prejudice against the TCR Defendants for failure to state a claim upon which relief may be granted. The TCR Defendants have submitted a written brief in support of this Motion, incorporated here by reference. TCR Defendants move for dismissal based on the following grounds:

1. Plaintiff Scavuzzo fails to make a single factual allegation to support his claims against TCR, LLC, Michaeleen Schneider, Matthew Schneider, and Mark Schneider and therefore those claims are deficient as a matter of law. (Counts 1, 2 and 3).

2. Plaintiff T.I.'s fails to make a single factual allegation to support his claims against Michaeleen Schneider, Matthew Schneider, Mark Schneider, and Tom George and therefore those claims are deficient as a matter of law. (Counts 1, 2 and 3).

Dated this 11th day of May, 2022.

WHITE & STEELE, P.C.

*/s/ John C. Matthews*
Monty L. Barnett, #6-2694
Rachel E. Ryckman, #7-4656
Keith Olivera (*Pro Hac Vice*)
John C. Matthews (*Pro Hac Vice*)
White & Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Ste. 600N
Denver, CO 80202
(303) 296- 2828
mbarnett@wsteele.com
rryckman@wsteele.com
kolivera@wsteele.com
jmatthews@wsteele.com
ATTORNEYS FOR DEFENDANTS
TRIANGLE CROSS RANCH, LLC
GERALD E. SCHNEIDER
MICHAELEEN P. SCHNEIDER
MATHEW SCHNIDER
MARK SCHNEIDER
THOMAS GEORGE

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed on May 11, 2022 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

| | |
|---|---|
| Michael Rosenthal | mike@hkwyolaw.com |
| Nathan Nicholas | nnickolas@hkwyolaw.com |
| Brice M. Timmons | brice@donatilaw.com |
| Bryce Ashby | bryce@donatilaw.com |
| Craig Edgington | craig@donatilaw.com |
| Frank L. Watson, III | fwatson@watsonburns.com |
| Lindsay Romano | lromano@grsm.com |
| Jane France | jfrance@spkm.org |
| MaKenna Stoakes | mstoakes@smllawoffice.com |
| Patrick Sodoro | psodoro@smllawoffice.com |

*/s/ BreAnne Olsen*
For White and Steele, P.C.