IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **ANDREW SCAVUZZO and H.I.**, as Parent and Next Friend of T.I., on behalf of themselves and all similarly situated persons,<br><br>    PLAINTIFFS,<br>v.<br><br>**TRIANGLE CROSS RANCH, LLC**, a Wyoming limited liability corporation; **GERALD E. SCHNEIDER**; **MICHAELEEN P. SCHNEIDER**; **MATHEW SCHNEIDER**; **MARK SCHNEIDER**; **THOMAS GEORGE**; and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation;<br><br>    DEFENDANTS. | Case No. 1:20-CV-00215-SWS<br><br>**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION** |

COMES Now Defendant the Society of Our Lady of the Most Holy Trinity (hereinafter "SOLT"), and pursuant to Local Rule of the United States District Court for the District of Wyoming 16.3(c), and the Court's Initial Pretrial Order, the undersigned hereby submits this Notice of Alternative Dispute Resolution between Andrew Scavuzzo (hereinafter "Mr. Scavuzzo") and SOLT. Mr. Scavuzzo and SOLT have reached a tentative settlement agreement following alternative dispute resolution and are in the process of memorializing and finalizing the same.

                                      SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, Defendant,

                                By: __/s/Patrick Sodoro_____
                                      Patrick J. Sodoro, *appearing pro hac vice*
                                      Sodoro Law Group
                                      13924 Gold Circle
                                      Omaha, Nebraska 68144
                                      (402) 504-9346 (office)
                                      (402) 932-1662 (fax)
                                      *psodoro@sodorolaw.com*
                                      *Attorney for Defendant Society of Our Lady of the Most Holy Trinity*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was duly served by filing with Pacer CM/ECF which sent copies on this  _20th_  day of September, 2022 to all attorneys of record.

_Alle Plymale_____