IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANDREW SCAVUZZO and H.I., as Parent and Next Friend of T.I., on behalf of themselves and all similarly situated persons,<br><br>PLAINTIFFS,<br><br>v.<br><br>TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; THOMAS GEORGE;** and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY**, a Texas corporation;<br><br>DEFENDANTS. | Case No. 1:20-CV-00215-SWS<br><br>ORDER OF DISMISSAL AS TO DEFENDANT SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY ONLY |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that the herein action is hereby dismissed with prejudice as to all claims and causes of action against Defendant Society of Our Lady of the Most Holy Trinity only, with each party bearing its own attorney's fees and costs.

Dated this 22nd day of December, 2022.

IT IS SO ORDERED:

Scott W. Skavdahl
*United States District Judge*

Prepared and Submitted by:
Patrick J. Sodoro, *appearing pro hac vice*
Sodoro Law Group
13924 Gold Circle
Omaha, Nebraska 68144
(402) 504-9346 (office)
(402) 932-1662 (fax)
psodoro@sodorolaw.com
*Attorney for Defendant Society of Our Lady of the Most Holy Trinity*

Approved as to Form and Content:
Michael Rosenthal, WSB #5-2099
Nathan Nicholas, WSB#7-5078
Hathaway & Kunz, LLP
P.O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
Fax: (307) 634-0985
mrosenthal@hkwyolaw.com
nnicholas@hkwyolaw.com
*Attorneys for Plaintiffs*