Monty L. Barnett, # 6-2694
Rachel E. Ryckman, # 7-4656
Keith R. Olivera (*Pro Hac Vice*)
John C. Matthews (*Pro Hac Vice*)
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO  80202-5406
Telephone: (303) 296-2828
mbarnett@wsteele.com
rryckman@wsteele.com
kolivera@wsteele.com
jmatthews@wsteele.com

ATTORNEYS FOR DEFENDANTS
TRIANGLE CROSS RANCH, LLC
GERALD E. SCHNEIDER
MICHAELEEN P. SCHNEIDER
MATHEW SCHNEIDER; MARK SCHNEIDER and THOMAS GEORGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **ANDREW SCAVUZZO and H.I. as Parent and Next Friend of T.I., on behalf of themselves and all similarly situated persons,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRIANGLE CROSS RANCH, LLC,** a Wyoming Limited liability corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER;  MATTHEW SCHNEIDER; MARK SCHNEIDER; THOMAS GEORGE;** and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY,** a Texas corporation.,<br><br>Defendants. | Case No. 1:20-CV-215-SWS |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS TRIANGLE CROSS RANCH, LLC, GERALD E. SCHNEIDER, MICHAELEEN P. SCHNEIDER, MATTHEW SCHNEIDER, MARK SCHNEIDER AND THOMAS GEORGE**

IT IS HEREBY STIPULATED between the Plaintiff Andrew Scavuzzo, and Defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George, that all claims asserted against Defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George by Plaintiff Andrew Scavuzzo be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

IT IS FURTHER STIPULATED that, upon presentment of the original of this Stipulated Motion the Court may enter an Order pursuant to the terms hereof. A Proposed Order of Dismissal is submitted herewith.

Respectfully submitted this 9th day of May, 2023.

| WHITE & STEELE, P.C. | DONATI LAW |
|---|---|
| */s/ Monty L. Barnett* | */s/ Brice M. Timmons* |
| Monty L. Barnett, #6-2694 | Brice M. Timmons (TN Bar #29582) |
| Rachel E. Ryckman, #7-4656 | Craig A. Edgington (TN Bar #36205) |
| Keith Olivera (*Pro Hac Vice*) | Bryce W. Ashby (TN Bar #26179) |
| John C. Matthews (*Pro Hac Vice*) | 1545 Union Avenue |
| White & Steele, P.C. | Memphis, Tennessee |
| Dominion Towers, North Tower | brice@donatilaw.com |
| 600 17th Street, Ste. 600N | craig@donatilaw.com |
| Denver, CO 80202 | bryce@donatilaw.com |
| mbarnett@wsteele.com | ATTORNEYS FOR PLAINTIFFS |
| rryckman@wsteele.com | |
| kolivera@wsteele.com | |
| jmatthews@wsteele.com | |
| ATTORNEYS FOR DEFENDANTS | |
| TRIANGLE CROSS RANCH, LLC | |
| GERALD E. SCHNEIDER | |
| MICHAELEEN P. SCHNEIDER | |
| MATHEW SCHNEIDER | |
| MARK SCHNEIDER | |
| THOMAS GEORGE | |

| HATHAWAY & KUNZ, LLP | WATSON BURNS, PLLC |
|---|---|
| */s/ Michael Rosenthal* | */s/ Frank L. Watson* |
| Michael Rosenthal, WSB #5-2099 | Frank L. Watson, III, *(Pro Hac Vice*) |
| Nathan Nicholas, WSB #7-5078 | William E. Routt, III, *(Pro Hac Vice)* |
| Hathaway & Kunz, LLP | 253 Adams Avenue |
| P.O. Box 1208 | Memphis, TN 38103 |
| Cheyenne, WY 82003-1208 | fwatson@watsonburns.com |
| (307) 634-7723 | wroutt@watsonburns.com |
| Fax: (307) 634-0985 | ATTORNEYS FOR PLAINTIFFS |
| mrosenthal@hkwyolaw.com | |
| nnicholas@hkwyolaw.com | |
| ATTORNEYS FOR PLAINTIFFS | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of May, 2023, a true and correct copy of the foregoing document was e-filed and served via CM/ECF which will send notification to the following:

| | |
|---|---|
| Michael Rosenthal | mike@hkwyolaw.com |
| Nathan Nicholas | nnickolas@hkwyolaw.com |
| Brice M. Timmons | brice@donatilaw.com |
| Bryce Ashby | bryce@donatilaw.com |
| Craig Edgington | craig@donatilaw.com |
| Frank L. Watson, III | fwatson@watsonburns.com |
| Lindsay Romano | lromano@grsm.com |
| Jane France | jfrance@spkm.org |
| MaKenna Stoakes | mstoakes@smllawoffice.com |
| Patrick Sodoro | psodoro@smllawoffice.com |

*/s/ Violet Perry*
For White and Steele, P.C.