IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **ANDREW SCAVUZZO and H.I. as Parent and Next Friend of T.I., on behalf of themselves and all similarly situated persons,** | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:20-CV-215-SWS |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRIANGLE CROSS RANCH, LLC,** a Wyoming Limited liability corporation; **GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; MATTHEW SCHNEIDER; MARK SCHNEIDER; THOMAS GEORGE;** and the **SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY,** a Texas corporation., | ) ) ) ) ) ) | |
| | | |
| Defendants. | | |

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of plaintiff Andrew Scavuzzo and defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George, and the Court being fully advised in the premises;

HEREBY FINDS that good cause exists to GRANT the Stipulated Motion for Dismissal and hereby ORDERS that plaintiff Andrew Scavuzzo's claims against defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George, are hereby dismissed with prejudice, each party to pay their costs and attorneys' fees.

DONE this ____ day of _____, 2023.

BY THE COURT:

_____.

U.S. Magistrate Judge