IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

ANDREW SCAVUZZO and H.I. as Parent and Next )
Friend of T.I., on behalf of themselves and all similarly )
situated persons, )
)
Plaintiffs, )   Case No. 1:20-CV-215-SWS
)
v. )
)
TRIANGLE CROSS RANCH, LLC, a Wyoming )
Limited liability corporation; GERALD E. SCHNEIDER;)
MICHAELEEN P. SCHNEIDER; MATTHEW )
SCHNEIDER; MARK SCHNEIDER; THOMAS )
GEORGE; and the SOCIETY OF OUR LADY OF )
THE MOST HOLY TRINITY, a Texas corporation., )

Defendants.

## ORDER DISMISSING ANDREW SCAVUZZO'S CLAIMS WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of plaintiff Andrew Scavuzzo and defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George (ECF 227), and the Court being fully advised in the premises;

HEREBY FINDS that good cause exists to GRANT the Stipulated Motion for Dismissal and hereby ORDERS that plaintiff Andrew Scavuzzo's claims against defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider and Thomas George, are hereby dismissed with prejudice, each party to pay their costs and attorneys' fees. The Clerk of Court will please dismiss Andrew Scavuzzo as a party in this case.

DONE this 10th day of May, 2023.

_____
U.S. District Judge