IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 JUN 15 AM 11: 24
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| ANDREW SCAVUZZO and H.I. as Parent and Next Friend of T.I., on behalf of themselves and similarly situated persons,<br><br>            Plaintiffs,<br><br>v.<br><br>TRIANGLE CROSS RANCH, LLC, a Wyoming limited liability company; GERALD E. SCHNEIDER; MICHAELEEN P. SCHNEIDER; MATHEW SCHNEIDER; MARK SCHNEIDER; THOMAS GEORGE; and the SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY, a Texas corporation;<br><br>            Defendants. | Case No. 1:20-CV-215-SWS |

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of Plaintiff H.I. as Parent and Next Friend of T.I. and Defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider, and Thomas George, and the Court being fully advised in the premises;

HEREBY FINDS that good cause exists to GRANT the Stipulated Motion for Dismissal and hereby ORDERS that Plaintiff H.I. as Parent and Next Friend of T.I.'s claims against Defendants Triangle Cross Ranch, LLC, Gerald E. Schneider, Michaeleen P. Schneider, Matthew Schneider, Mark Schneider, and Thomas George are hereby dismissed with prejudice, with each party directed to pay their own costs and attorneys' fees.

DONE this 15th day of June, 2023.

BY THE COURT:

_____
U.S. District Judge